### Rickey Dale HOLTSCLAW Plaintiff-Appellant

v.

**Mayor Sandy SANDERS, City of Fort Smith, Arkansas; Chief of Police Kevin Lindsey, City of Fort Smith, Arkansas; Mayor Lioneld Jordan, City of Fayetteville, Arkansas; Chief of Police Greg Tabor, City of Fayetteville, Arkansas Defendants-Appellees**

### No. 16-3402

United States Court of Appeals, Eighth Circuit.

Submitted: February 15, 2017

Filed: February 21, 2017

Rickey Dale Holtsclaw, Pro Se

Michael A. LaFreniere, Daily & Woods, Fort Smith, AR, for Defendants-Appellees Mayor Sandy Sanders, City of Fort Smith, Arkansas, Chief of Police Kevin Lindsey, City of Fort Smith, Arkansas

Jeff M. Fletcher, Matthew Scott Jackson, Andrew Samuel Tarvin, Kutak & Rock, Fayetteville, AR, for Defendants-Appellees Mayor Lioneld Jordan, City of Fayetteville, Arkansas, Chief of Police Greg Tabor, City of Fayetteville, Arkansas

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

### PER CURIAM.

Rickey Holtsclaw appeals after the District Court [1] dismissed his pro se 42 U.S.C. § 1983 complaint alleging violations of his right to equal protection of the law under the Fourteenth Amendment. After de novo review, we see no reason to reverse the dismissal order because Holtsclaw failed to state an equal-protection claim. See Phillips v. Norris, 320 F.3d 844, 848 (8th Cir. 2003) (concluding that an equal protection failed where the plaintiff did not allege membership in a protected class or purposeful discrimination). Accordingly, we affirm. See 8th Cir. R. 47B.

---

**1.** The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.